10/13/15

# Explanations to the court regarding changes.

Statement 1 (Income from Employment)
Original statement listed none.
Reason for change. Mis-read statement. As I was at the time of preparing the petition, and still am unemployed I assumed it meant current now on review I noticed it listed for the calendar year. I added the work I preformed as a contractor.

Statement 2 Income from other sources.
Original statement listed none.
Reason for change. Same as above. Mis-read form assumed it meant current Once I noticed, I added the income I received for commission services I received it a little after the beginning of the year.

Statement 15 Prior addresses
Original listed none
Reason for change. Adding addresses, as being ex-military I used to move around often.

Also, Please take notice as I am adding the above to incomes, on my statement of financial affairs. The two additions here were already included in my original petition schedule I as listed income. No monetary numbers will change as all have previously been disclosed and listed on my schedule I as gross income; just now they will be itemized as well. More then likely this will be a verbose filing but in the interest of full discloser, I noticed the error and am addressing it to the court. My humble apologies for the trouble.

*[signature]*